**Order filed July 3, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00829-CV
_____

## HAROLD HARPER, Appellant

### V.

## SHIELDING DESIGN INTERNATIONAL USA, LLC, Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2015-70833**

## O R D E R

Appellant's brief was due June 7, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 18, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM